Argued March 29, affirmed March 29, 1973

STATE OF OREGON, *Respondent, v.* DAVID LEE STEWART (No. C 72-07-2149 Cr), *Appellant.*

507 P2d 1158

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.